IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LYDIA BUCHANAN                                                                    PLAINTIFF

VS.                                                         CAUSE NO. 1:08CV1299LG-RHW

GULFPORT POLICE DEPARTMENT; CITY
OF GULFPORT; MAYOR BRENT WARR,
officially and in his individual capacity; CHIEF
ALAN WEATHERFORD, officially and in his
individual capacity; GARY HOLLIMON, City
Council President, officially and in his individual
capacity; JOHN KELLY, Chief Administrative
Officer, City of Gulfport, officially and in his
individual capacity; DETECTIVE LT. CRAIG
PETERSON, officially and in his individual
capacity; OFFICER PAUL PODLIN, officially
and in his individual capacity; OFFICER JOSEPH
WUEST, officially and in his individual capacity;
OFFICER JASON BRANT, officially and in his
individual capacity; OFFICER RYAN STACHURA,
officially and in his individual capacity; and JOHN
AND JANE DOES, A-Z, also in their official and
individual capacity                                                                 DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on Defendants' Motions for Summary Judgment, the Court, after review and consideration of the Motions, the record, and the relevant legal authority, finds that, in accord with the Memorandum Opinion and Order entered on this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE
