IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| LYDIA BUCHANAN | PLAINTIFF |
| VS. | CAUSE NO. 1:08CV1299LG-RHW |
| GULFPORT POLICE DEPARTMENT; CITY OF GULFPORT; MAYOR BRENT WARR, officially and in his individual capacity; CHIEF ALAN WEATHERFORD, officially and in his individual capacity; GARY HOLLIMON, City Council President, officially and in his individual capacity; JOHN KELLY, Chief Administrative Officer, City of Gulfport, officially and in his individual capacity; DETECTIVE LT. CRAIG PETERSON, officially and in his individual capacity; OFFICER PAUL PODLIN, officially and in his individual capacity; OFFICER JOSEPH WUEST, officially and in his individual capacity; OFFICER JASON BRANT, officially and in his individual capacity; OFFICER RYAN STACHURA, officially and in his individual capacity; and JOHN AND JANE DOES, A-Z, also in their official and individual capacity | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on Defendants' Motions for Summary Judgment, the Court, after review and consideration of the Motions, the record, and the relevant legal authority, finds that, in accord with the Memorandum Opinion and Order entered on this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE